```
                              United States Bankruptcy Court
                              Western District of Washington
In re:                                                                    Case No. 20-40627-BDL
Evonne Marie Shannon                                                      Chapter 7
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0981-3          User: admin                  Page 1 of 1              Date Rcvd: Mar 23, 2020
                              Form ID: pdf                 Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2020.
db             +Evonne Marie Shannon,    2227 Harrison Ave. #30,    Centralia, WA 98531-9327
956799402      +Barclays Bank,    125 S West St,    Wilmington, DE 19801-5014
956799406      +Equifax,    PO BOX 30272,    Tampa, FL 33630-3272
956799407      +Experian,    Profile Maintenance,    PO BOX 9558,    Allen, TX 75013-9558
956799409      +INOVA,    PO BOX 1148,    Elkhart, IN 46515-1148
956799411     #+Lewis County District Court,    345 W Main Annex 3rd,    PO Box 600,    Chehalis, WA 98532-0600
956799414      +Machol & Johannes,    700 17th St #200,    Denver, CO 80202-3558
956799413      +Machol & Johannes,    2800 156th Ave SE Ste 105,    Bellevue, WA 98007-6555
956799415       Suttell & Hammer,    PO Box C-90006,    Bellevue, WA 98009
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
956799403      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 24 2020 02:28:51      Capital One,
                 Bankrupty Dept,    PO Box 30285,    Salt Lake City, UT 84130-0285
956799404      +E-mail/Text: bankruptcy.notifications@fisglobal.com Mar 24 2020 02:20:39      Chexsystems,
                 Attn: Customer Relations,    7805 Hudson Rd Ste 100,    Saint Paul, MN 55125-1703
956799405       E-mail/Text: mrdiscen@discover.com Mar 24 2020 02:19:48      DISCOVER BANK,    PO BOX 15316,
                 Wilmington, DE 19850
956799408      +E-mail/Text: data_processing@fin-rec.com Mar 24 2020 02:20:10      Financial Recovery Svcs Inc,
                 PO Box 385908,    Minneapolis, MN 55438-5908
956799410      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 24 2020 02:20:00      Internal Revenue Service,
                 PO BOX 7346,    Philadelphia, PA 19101-7346
956799412      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 24 2020 02:27:53      LVNV Funding,
                 PO Box 10497,    Greenville, SC 29603-0497
956799417       E-mail/Text: DASPUBREC@transunion.com Mar 24 2020 02:19:45      Transunion,    555 West Adams St,
                 Chicago, IL 60611
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
956799416       Timothy Perry
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:
              Brian Budsberg    trustee@budsberg.com, WA08@ecfcbis.com;kurt@budsberg.com
              Ellen Ann Brown    on behalf of Debtor Evonne Marie Shannon stopdebt@gmail.com,
               ignbands@gmail.com;browner80299@notify.bestcase.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| In re:<br><br>SHANNON, EVONNE MARIE<br><br><br><br>Debtor. | Case No. 20-40627-BDL<br><br>NOTIFICATION THAT<br>CREDITORS' 341 MEETING WILL BE<br>HELD TELEPHONICALLY |

    Chapter 7 Trustee Brian L. Budsberg, hereby files this statement notifying all creditors and parties in interest that the creditors' section 341 meeting in this case scheduled to take place on March 31, 2020 at 12:30 am PDT at Courtroom J, Union Station, 1717 Pacific Avenue, Tacoma, WA 98402, will now take place <u>telephonically</u>. Any party in interest wishing to participate may call **1-866-829-9875** at 12:30 am on March 31, 2020. The Participant Code to enter is **4230506 followed by the # sign**.

    As there will be multiple parties on the line, every party calling into the meeting should call in from a secure line with minimal background noise. Once a caller has connected to the call, their phone should be placed on mute until their case has been called. When their case has been called, parties should speak loudly into the telephone as the trustee is making an audio recording of the meeting.

    Debtors with counsel should be prepared to share photo identification and proof of Social Security number by visual means with their counsel. Arrangements should be made with debtor's counsel prior to the start of the creditors' meeting. Debtor's counsel will be responsible for confirming the validity of that identification by affirming on the record at the meeting that they have verified the Debtor's identification.

NOTICE
Page 1

Budsberg Law Group, PLLC
PO Box 8928
Lacey, WA 98509
Phone: (360) 584-9093

Case 20-40627-BDL    Doc 11    Filed 03/23/20    Ent. 03/23/20 12:39:35    Pg. 1 of 2

Debtors without counsel should be prepared to provide a scan, copy or photo of their photo identification and proof of Social Security number to their case trustee in advance of the meeting by email. Failure to provide such proof will result in continuance of the 341 meeting until proof of identification has been provided.

The debtor and counsel must also have available a copy of the petition, schedules, statement of financial affairs, means test, plan, Rule 4002 Documents or any other case documents that the debtor may reasonably be questioned about during the 341 Meeting. The case trustee may also contact the debtor or counsel in advance of the meeting to identify specific documents to have available.

If the debtor or counsel will be unable to appear for the 341 Meeting by phone as set out in this notice, or if the debtor requires an interpreter, please promptly contact the trustee in advance of the meeting, in writing, to request a continuance of the 341 Meeting.

Dated: March 23, 2020.

Respectfully submitted,

/s/ Brian L. Budsberg
Brian L. Budsberg
Chapter 7 Case Trustee
trustee@budsberg.com

NOTICE
Page 2

Budsberg Law Group, PLLC
PO Box 8928
Lacey, WA 98509
Phone: (360) 584-9093

Case 20-40627-BDL    Doc 11    Filed 03/23/20    Ent. 03/23/20 12:39:35    Pg. 2 of 2